# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JACKIE CARTER ,

    Petitioner,

    v.

MATHEW FRANKS, D.O.C. Secretary, WILLIAM I. POLLARD, Warden, PETER I. ERICKSEN, Security Director, LT. MARK W. LESATZ, Property Supervisor, LT. CATHARINE CAFÉ, Hearing Officer, KEVIN R. POSTL, Property and Mail Sergeant, TIMOTHY HUCK, Mail and Property Sergeant, WILLIAM SWIEKATOWSKI, Segregation P.A. Program Supervisor, MARK STOTLEEN, Hearing Officer, DONNA LIEBERGEN, Complaint Examiner, MICHAEL MOHR, Complaint Examiner, KATHLEEN BIERKE, Complaint Examiner, MICHAEL BAENEN, Deputy Warden, RICK RAEMISCH, Complaint Examiner, JOHN RAY, Complaint Examiner, SARA COOPER, Unit Manager (of Segregation Unit), C.O. BUTTERFIELD, C.O. LISCHBA, C.O. KELM, C.O. BOBOLZ, C.O. POTTS, SGT. KAPHINGST, SGT. MS. LAMBRECHT-STEVENS, C.O. TILOT, C.O. KLARKOWSKI, KATHY LEMENS, Nurse, JEANNANNE GREENWOOD, Health Service Manager, CAPT. jEFFREY STELLINGS, Hearing Officer, JACK DORUFF, Educational Director, MARK KULIEKE, Librarian, JUDY DINSE, Secretary, MS LAGARE, Psychologist, MR. SCHMIDT, Psychiatrist, RICHARD HEIDORN, M.D./Physician, JODENE PERTTU, JEAN LUTSEY, Segregation Nurse, JAMIE WERTEL, Medical Program Assistant (M.P.A.), ROBERT MCQUEENY, Psychiatrist, JAMES RICHTER, Psychiatrist, JAMES GREER, Bureau of Health Services Director, CYNTHIA THORPE, Bureau of Health Services (Nurse Coordinator), C.O. CARRIERE, (Segregation Sergeant), C.O. PETERSON, DIANE LONGSINE, MARILYN VANDUKENTER, Nurse, MARK S.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-713-bbc

ZEMONICK, Segregation Social Worker, JODY PORTER, Segregation PA, C.O. LADE, C.O. COOPMAN, NURSE DANA TOWNSEND, GREGORY GRAMS, Warden, PHIL KINGSTON, Warden and MARC CLEMENTS, Security Director,

                      Respondents.

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

**THERESA M. OWENS**
_____
**Theresa M. Owens, Clerk**

**/s/ M. Hardin**
_____        **_____6/9/08_____**
**by Deputy Clerk**        **Date**